ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| DRS Laurel Technologies | ) | ASBCA No. 63036 |
| | ) | |
| Under Contract No. N00024-15-D-5201 | ) | |

APPEARANCES FOR THE APPELLANT:
Neil H. O'Donnell, Esq.
Stephen L. Bacon, Esq.
Cindy Lopez, Esq.
  Rogers Joseph O'Donnell
  San Francisco, CA

Deborah N. Rodin, Esq.
Alexa Turner, Esq.
Jon Holland, Esq.
  Rogers Joseph O'Donnell
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:
Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
Devin A. Wolak, Esq.
  Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE MELNICK

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $5,819,491.53. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: September 17, 2024

_____
MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____                     _____
OWEN WILSON                                 MICHAEL O'CONNELL
Administrative Judge                        Administrative Judge
Acting Chairman                             Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63036, Appeal of DRS Laurel
Technologies, rendered in conformance with the Board's Charter.

Dated:  September 17, 2024


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2